IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| Plaintiff, § | |
| § | |
| v. § | CASE NO. A-19-CR-298 LY |
| § | |
| (1) STONEY BRETT BARTON, and § | |
| (2) CHRISTOPHER LYNCH, § | |
| Defendants. § | |

**NOTICE OF APPEARANCE OF FORFEITURE COUNSEL**

TO THE HONORABLE LEE YEAKEL, UNITED STATES DISTRICT JUDGE:

Notice is hereby given to the Court and all other parties in interest of the appearance of Assistant United States Attorney Robert Almonte II as additional counsel for the United States.

It is requested that any and all notices, pleadings, orders, and other papers *as they pertain to asset forfeiture* be served upon the United States Attorney for the Western District of Texas, addressed as follows: Assistant United States Attorney Robert Almonte II, United States Attorney's Office, 903 San Jacinto Blvd., Suite 334, Austin, Texas 78701.

Respectfully submitted,

JOHN F. BASH
UNITED STATES ATTORNEY

By:   /s/ Robert Almonte II
ROBERT ALMONTE II
Assistant United States Attorney
Texas State Bar #24049479
903 San Jacinto Blvd., Suite 334
Austin, Texas 78701
Tel: (512) 916-5858
Fax: (512) 916-5854

## CERTIFICATE OF SERVICE

I hereby certify that on November 25, 2019, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System,

    Rhonda Bear Mates via mates@slollp.com
    Stephen Wayne Lemmon via lemmon@slopp.com
    (Attorneys for Defendant Stoney Brett Barton (1))

At this time, no attorney has been appointed to receive notice as to Defendant (2) Christopher Lynch.

                          /s/ Robert Almonte II
                          ROBERT ALMONTE II
                          Assistant United States Attorney